# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY VALE                                          )
24 Major Hale Drive                                 )
Framington, MA  01701                               )
                                                    )
      Plaintiff,                                   )
                                                    )
        vs.                                    )
                                                    )
ELI LILLY AND COMPANY                               )  CIVIL ACTION _____
Lilly Corporate Center                              )
Indianapolis, IN  46285                             )  SUPERIOR COURT NO. 07-0000081
                                                    )
and                                                 )
                                                    )  DEFENDANT ELI LILLY AND
ABBOTT LABORATORIES, INC.                           )  COMPANY'S NOTICE OF
100 Abbott Park Road                                )  REMOVAL OF CIVIL ACTION
Abbott Park, IL  60064                              )
w/s/o CT CORPORATION                                )
1025 Vermont Avenue, N.W.                           )
Washington, D.C. 20005                              )
                                                    )
BRISTOL-MYERS SQUIBB COMPANY                        )
a successor of E.R. SQUIBB & SONS, INC.             )
P. O. Box 4500                                      )
Princeton, NJ  08543                                )
w/s/o CT CORPORATION                                )
1025 Vermont Avenue, N.W.                           )
Washington, D.C. 20005                              )
                                                    )
and                                                 )
                                                    )
DART INDUSTRIES, INC., a successor to               )
REXALL DRUG COMPANY, INC.                           )
w/s/o Sheila AnnMarie Moeller, Esq.                 )
Gilbride, Tusa, Last & Spellane, LLC                )
31 Brookside Drive                                  )
Greenwich, CT 06836                                 )
                                                    )
                                                    )
ELAN PHARMACEUTICALS,                               )
A successor to CARNRICK                             )
LABORATORIES, INC.,                                 )
w/s/o CT CORPORATION                                )

136862v1
136991v1

1025 Vermont Avenue, NW                    )
Washington, DC 20005                       )
                                           )
and                                        )
                                           )
GLAXOSMITHKLINE, INC.,                     )
a successor to S.E. Massengill and         )
Burroughs-Wellcome Co.,                    )
1500 K Street, NW                          )
Washington, D.C.  20036                    )
                                           )
and                                        )
                                           )
MALLINCKRODT, INC.                         )
675 McDonnell Boulevard                    )
St. Louis, MO  63042                       )
                                           )
and                                        )
                                           )
MERCK & COMPANY, INC.                      )
601 Pennsylvania Avenue, N.W.              )
North Building, Suite 1200                 )
Washington, DC  20004                      )
                                           )
and                                        )
                                           )
ORTHO MCNEIL LABS, INC.                    )
A Delaware Corporation                     )
1000 Route 202 South                       )
Raritan, NJ  08869                         )
                                           )
and                                        )
                                           )
PERSON & COVEY, INC.                       )
616 Allen Avenue                           )
Glendale, CA  91221                        )
                                           )
and                                        )
                                           )
PHARMACIA and UPJOHN COMPANY               )
(a/k/a THE UPJOHN COMPANY)                 )
100 Route 206 North                        )
Peapack, NJ  07977                         )
w/s/o CT CORPORATION                       )
1025 Vermont Avenue, N.W.                  )
Washington, D.C. 20005                     )

2

**and**
**PREMO PHARMACEUTICAL**
**LABORATORIES, INC.**
w/s/o Corporation Trust Co.
**820 Bear Tavern Road**
**West Trenton, NJ 08628**

      **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## DEFENDANT ELI LILLY AND COMPANY'S
## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Eli Lilly and Company ("Lilly"), pursuant to 28 U.S.C. §§ 1441 and 1446, notices the removal of this action from the Superior Court of the District of Columbia, Civil Division, to this Court. The grounds for removal are as follows:

## INTRODUCTION

1.      On January 5, 2006, Plaintiff filed this case against Lilly, Bristol-Myers Squibb Company ("Squibb"), Pharmacia and Upjohn Company ("Upjohn"), Dart Industries, Inc. ("Dart"), GlaxoSmithKline ("Glaxo"), Premo Pharmaceutical Laboratories, Inc. ("Premo"), Person & Covey, Inc. ("Person & Covey"), Merck & Company, Inc. ("Merck"), Abbott Laboratories, Inc. ("Abbott"), Elan Pharmaceuticals ("Elan"), Ortho-McNeil Labs, Inc. ("Ortho") and Mallinckrodt, Inc. ("Mallinckrodt"). The action is styled as *Nancy Vale v. Eli Lilly and Company, et al.*, Civil Action No. 07-0000081, in the Superior Court of the District of Columbia, Civil Division. In her Complaint, Plaintiff alleges that Nancy Vale's *in utero* exposure to diethylstilbestrol ("DES") caused uterine and cervical malformations, miscarriages,

3

infertility and that Nancy Vale incurred medical expenses for care and treatment, and suffered physical and mental pain and suffering. *See* Complaint at ¶ 4.

2.    Pursuant to 28 U.S.C. § 1446(a), Lilly has attached "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action" as **Exhibit A.**

## NOTICE OF REMOVAL IS TIMELY

3.    Plaintiff served her Complaint in this action on Lilly on January 10, 2007. The Complaint was the first pleading received by Lilly setting forth the claims for relief on which this action is based. Thus, the filing of this Notice is within the initial 30-day time period set forth in 28 U.S.C. § 1446(b) in which to remove a case based on diversity jurisdiction. Therefore, this Notice of Removal is timely.

## DIVERSITY JURISDICTION EXISTS

4.    This Court has original jurisdiction over this action under 28 U.S.C. § 1332 and this case may be removed pursuant to 28 U.S.C. § 1441 because, as explained more fully below, it is a civil action in which the amount in controversy exceeds $75,000, exclusive of interest and costs, and involves a controversy between citizens of different states. This action is being removed to the District Court for the district where the action is pending.

5.    Title 28, U.S.C. § 1441(b) states that suits that do not arise under federal law are removable "if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Plaintiff filed this action in the Superior Court of the District of Columbia. No Defendant in this action is a citizen of the District of Columbia.

4

6.      Upon information and belief, Plaintiff is a citizen of Massachusetts. *See* caption of Plaintiff's Complaint, listing Plaintiff's residence in Framington, Massachusetts.

7.      Lilly is a corporation organized under the laws of the State of Indiana with its principal place of business located in Indiana. Pursuant to 28 U.S.C. § 1332(c)(1), Lilly is a citizen of Indiana.

8.      Squibb is a corporation organized under the laws of the State of Delaware with its principal place of business located in New York. Pursuant to 28 U.S.C. § 1332(c)(1), Squibb is a citizen of Delaware and New York. Squibb has consented to removal. *See* Squibb Consent to Removal attached hereto as **Exhibit B.**

9.      Upjohn is a corporation organized under the laws of the State of Delaware with its principal place of business located in Michigan. Pursuant to 28 U.S.C. § 1332(c)(1), Upjohn is a citizen of Delaware and Michigan. Upjohn has consented to removal. *See* Upjohn Consent to Removal attached hereto as **Exhibit C**.

10.     Dart is a corporation organized under the laws of the State of Delaware with its principal place of business located in Florida. Pursuant to 28 U.S.C. § 1332(c)(1), Dart is a citizen of Delaware and Florida. Dart has consented to removal. *See* Dart Consent to Removal attached hereto as **Exhibit D**.

11.     Glaxo is a corporation organized under the laws of the State of Pennsylvania with a principal place of business located in Pennsylvania. Pursuant to 28 U.S.C. § 1332(c)(1), Glaxo is a citizen of Pennsylvania. Glaxo has consented to removal. *See* Glaxo Consent to Removal attached hereto as **Exhibit E**.

136991v1

12.     Person & Covey is a corporation organized under the laws of the State of California with its principal place of business located in California. Pursuant to 28 U.S.C. § 1332(c)(1), Person & Covey is a citizen of California. Based upon information and belief, Person & Covey has not been served with a summons or complaint in this action.

13.     Merck is a corporation organized under the laws of the State of New Jersey with its principal place of business located in New Jersey. Pursuant to 28 U.S.C. § 1332(c)(1), Merck is a citizen of New Jersey. Merck has consented to removal. *See* Merck Consent to Removal attached hereto as **Exhibit F**.

14.     Abbott is a corporation organized under the laws of the State of Illinois with its principal place of business located in Illinois. Pursuant to 28 U.S.C. § 1332(c)(1), Abbott is a citizen of Illinois. Abbott has consented to removal. *See* Abbott Consent to Removal attached hereto as **Exhibit G**.

15.     Elan is a corporation organized under the laws of the State of Delaware with its principal place of business located in California. Pursuant to 28 U.S.C. § 1332(c)(1), Elan is a citizen of Delaware and California. Elan has consented to removal. *See* Elan Consent to Removal attached hereto as **Exhibit H**.

16.     Ortho is a corporation organized under the laws of the State of Delaware with its principal place of business located in New Jersey. Pursuant to 28 U.S.C. § 1332(c)(1), Ortho is a citizen of Delaware and New Jersey. Ortho has consented to removal. *See* Ortho Consent to Removal attached hereto as **Exhibit I**.

17.    Mallinckrodt is a corporation organized under the laws of the State of Delaware with its principal place of business located in Missouri.  Pursuant to 28 U.S.C. § 1332(c)(1), Mallinckrodt is a citizen of Delaware and Missouri.  Mallinckrodt has consented to removal.  *See* Mallinckrodt Consent to Removal attached hereto as **Exhibit J**.

18.    Premo is a corporation organized under the laws of the State of New Jersey with its principal place of business located in Connecticut.  Pursuant to 28 U.S.C. § 1332(c)(1), Premo is a citizen of New Jersey and Connecticut.  Premo has consented to removal.  *See* Premo Consent to Removal attached hereto as **Exhibit K**.

19.    Pursuant to 28 U.S.C. § 1332, complete diversity of citizenship exists.

## AMOUNT IN CONTROVERSY

20.    In her Complaint, Plaintiff seeks $2,000,000 in compensatory damages from Defendants.  *See* Complaint at pp. 7-8.  Based on Plaintiff's damages sought, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## REMOVAL TO THIS DISTRICT

21.    Removal venue exists in the United States District Court for the District of Columbia, because the Superior Court of the District of Columbia, Civil Division, is within the District of the District of Columbia.  28 U.S.C. § 1441(a).

22.    Written notice of the filing of the Notice of Removal will be promptly served on the attorney for Plaintiff, and a copy will be promptly filed with the Clerk of the Superior Court for the District of Columbia, Civil Division, pursuant to 28 U.S.C. § 1446(d).  A copy of the Notice of Removal to Federal Court is attached hereto as **Exhibit L.**

23.    As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000 and is between citizens of different states.

24.    Lilly reserves all defenses, including, without limitation, the defense of lack of personal jurisdiction.

25.    Lilly reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Lilly gives notice that the matter styled as *Nancy Vale v. Eli Lilly and Company, et al.*, Civil Action No. 07-0000081, in the Superior Court of the District of Columbia, Civil Division, is removed to the United States District Court for the District of Columbia, and requests that this Court retain jurisdiction for all further proceedings.

Respectfully submitted,

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC  20005-2004
Phone:  (202) 783-8400; Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550; Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

8

136991v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this *24th* day of January, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc. and**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221

**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

136991v1

Mallinckrodt, Inc.

**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

136991v1

**CIVIL COVER SHEET**

## I (a) PLAINTIFFS

NANCY VALE
24 MAJOR HALE DRIVE
FRAMINGTON, MA 01701

## DEFENDANTS

ELI LILLY & COMPANY
Lilly Corporate Center
Indianapolis, IN 46285

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF     Middlesex, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT     Marion, IN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, DC 20005

ATTORNEYS (IF KNOWN)

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
Shook, Hardy & Bacon LLP
600 14th Street, N.W., Suite 800
Washington, DC 20005

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 2 U.S. Government Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

● 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☒ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**     OR     ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ◉ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1332; 28 U.S.C. 1441; 28 U.S.C. 1446. Plaintiff alleges personal injury related to mother's ingestion of pharmaceutical product.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ 4,000,000.00  Check YES only if demanded in complain
JURY DEMAND:  YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 1-24-07  SIGNATURE OF ATTORNEY OF RECORD  *John Chadwick Coots*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT A

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

NANCY VALE                                           ]
24 Major Hale Drive                                  ]
Framington, MA 01701                                 ]
                                                     ]
            Plaintiff,                               ]                    0000081-07
    v.                                               ] Civil Action No.
                                                     ]
ELI LILLY AND COMPANY                                ]
Lilly Corporate Center                               ]
Indianapolis, IN 46285                               ]
w/s/o NATIONAL REGISTERED AGENTS, INC.               ]
1090 Vermont Avenue, NW, #910                        ]
Washington, DC 20005                                 ]



                                                     ]
    and                                              ]
                                                     ]
ABBOTT LABORATORIES, INC.                            ]
100 Abbott Park Road                                 ]
Abbott Park, IL 60064                                ]
        w/s/o   CT CORPORATION                       ]
        1025 Vermont Avenue, N.W.                    ]
        Washington, D.C. 20005                       ]
                                                     ]
    and                                              ]
                                                     ]
BRISTOL-MYERS SQUIBB COMPANY                         ]
a successor of E.R. SQUIBB & SONS, INC.              ]
P.O. Box 4500                                        ]
Princeton, NJ 08543                                  ]
        w/s/o   CT CORPORATION                       ]
        1025 Vermont Avenue, N.W.                    ]
        Washington, D.C. 20005                       ]
                                                     ]
    and                                              ]
                                                     ]
DART INDUSTRIES, INC. a successor to                 ]
REXALL DRUG COMPANY, INC.                            ]
w/s/o: Sheila AnnMarie Moeller, Esq.                 ]
        Gilbride, Tusa, Last & Spellane LLC          ]
        31 Brookside Drive                           ]
        Greenwich, CT 06836                          ]
                                                     ]
    and                                              ]
                                                     ]
ELAN PHARMACEUTICALS,                                ]
a successor to CARNRICK LABORATORIES, INC. ]
w/s/o   CT Corporation                               ]

1

1025 Vermont Avenue, N.W.                    ]
Washington, DC  20005                        ]
                                             ]
    and                                      ]
                                             ]
GLAXOSMITHKLINE, INC.,                       ]
a successor to S. E. Massengill and          ]
Burroughs-Wellcome, Inc.                     ]
1500 K Street, NW                            ]
Washington, DC  20036                        ]
                                             ]
    and                                      ]
                                             ]
MALLINCKRODT, INC.                           ]
675 McDonnell Boulevard                      ]
St. Louis, MO  63042                         ]
                                             ]
    and                                      ]
                                             ]
MERCK & COMPANY, INC.                        ]
601 Pennsylvania Avenue, N.W.                ]
North Building, Suite 1200                   ]
Washington, DC  20004                        ]
                                             ]
    and                                      ]
                                             ]
ORTHO-MCNEIL PHARMACEUTICAL, INC.            ]
A Delaware Corporation                       ]
1000 Route 202 South                         ]
Raritan, NJ  08869                           ]
                                             ]
    and                                      ]
                                             ]
PERSON & COVEY, INC.                         ]
616 Allen Avenue                             ]
Glendale, CA  91221                          ]
                                             ]
    and                                      ]
                                             ]
PHARMACIA and UPJOHN COMPANY                 ]
(aka THE UPJOHN COMPANY)                     ]
100 Route 206 North                          ]
Peapack, NJ  07977                           ]
        w/s/o CT CORPORATION                 ]
        1025 Vermont Avenue, N.W.            ]
        Washington, D.C.  20005              ]
                                             ]
    and                                      ]

2

PREMO PHARMACEUTICAL          )
   LABORATORIES, INC.           )
w/s/o Corporation Trust Co.        )
820 Bear Tavern Road            )
West Trenton, NJ 08628          )
                                   )
             **Defendants.**    )

## COMPLAINT
### (DES Litigation – Products Liability)

1.      Jurisdiction is founded upon 11 D.C. Code §921 (1981 ed.).

2.      Defendants are engaged, or have been engaged, in the manufacturing, marketing, sale, promotion, and distribution of pharmaceuticals throughout the United States, and are doing business in the District of Columbia, and sought and obtained industry wide and governmental approval for Diethylstilbestrol ("DES") within the District of Columbia.

## COUNT I
### (Negligence)

3.      On or about 1955, during her pregnancy with Nancy Vale, the mother of the Plaintiff herein ingested Diethylstilbestrol ("DES") in New York. Her physician prescribed said drug during the pregnancy. The Defendants, acting in concert, manufactured, compounded, packaged, labeled, supplied, sold and advertised DES throughout the United States and the state of New York.

4.      As a result of Plaintiff's embryonic exposure to DES, she suffered injuries, including, uterine and cervical malformations, miscarriages, infertility, and incurred medical expenses for care and treatment, and suffered physical and mental pain and suffering.

5.      Said injuries were the result of the negligence of Defendants, including, but not limited to, failure to test, failure to warn, over-promotion of DES, and failure to report adverse studies regarding the safety and efficacy of DES.

3

## COUNT II
### (Strict Liability)

6.    All of the allegations contained in Count I are realleged and incorporated herein by reference.

7.    DES is, and at all times relevant to this action was, an unreasonably dangerous and defective drug when used by pregnant women for its advertised and intended purpose as a preventative of miscarriage.

8.    Defendants are engaged or have been engaged in the business of producing DES, and are, or have been, commercial manufacturers of said drug.

9.    Plaintiff's mother purchased and ingested DES during her pregnancy with Plaintiff, and received and ingested DES in the same form and condition as when it left Defendants' possession.

10.    Said product was defective when placed on the market by Defendants. DES was sold by Defendants without sufficient warning or instructions. A reasonable seller would not have sold the product had he/she known of the risks involved. The risks were greater than a reasonable buyer would expect.

11.    Defendants knew, or should have known, that pregnant women and their attending physicians could not realize and could not detect the dangerous and harmful nature of DES. Clear warnings as to the doubtful efficacy of DES and dangers to unborn children should have been disseminated to overcome Defendants' extensive advertising campaigns proclaiming the safety and efficacy of DES.

12.    As a result of Defendants' marketing and promotion of said defective and unreasonably dangerous drug, Plaintiff was unreasonably exposed to DES as an unborn child and suffered injury, loss, and damages as aforesaid.

4

13.    By reason of having marketed and promoted DES in its defective and unreasonably dangerous condition, Defendants are strictly liable to Plaintiff for her DES-related injuries, losses, and damages.

## COUNT III
### (Breach of Warranty)

14.    All of the allegations contained in Counts I and II are realleged and incorporated herein by reference.

15.    At all times relevant to this action, Defendants marketed and promoted DES accompanied by implied and express warranties and representations to physicians and their patients that the drug was efficacious as a miscarriage preventative, and was safe for pregnant women and their unborn children if used as directed for such purposes.

16.    Defendants knew, or should have known, that pregnant women, including the mother of Plaintiff and her attending physicians, were relying on Defendants' skills and judgments, and the implied and express warranties and representations.

17.    At all times relevant to this action, these implied and express warranties and representatives were false, misleading, and unfounded. In fact, DES was a misbranded drug in violation of federal law, and was neither safe nor efficacious as a miscarriage preventative.

18.    As a direct result of the breach of warranties by the Defendants, Plaintiff has been injured as aforesaid.

## COUNT IV

### (Misrepresentation)

19.    All of the allegations contained in Counts I, II, and III are realleged and incorporated herein by reference.

20.    Defendants represented to pregnant women, including the mother of Plaintiff and her attending physicians, in promotion campaigns, advertisements, labeling, and literature that DES was safe, effective, and adequately tested, which representations were made and publicized with the purpose and intent of having physicians and their patients rely on them.

21.    The mother of the Plaintiff and her attending physicians, did, in fact, rely on Defendants' representations in his advice about purchase, use, and consumption of DES.

22.    At all times relevant to this action, these representations were known to Defendants to be false or they were made by Defendants in conscious, reckless and/or unreasonable disregard of facts available to Defendants, indicating a lack of efficacy and a danger to pregnant women and their unborn children.

23.    As a direct result of said false representations by Defendants, Plaintiff was injured as aforesaid.

**WHEREFORE,** Plaintiff Nancy Vale, individually, demands judgment against Defendants in the sum of Two Million Dollars ($2,000,000.00) in compensatory damages, and the sum of Two Million Dollars ($2,000,000.00) as punitive damages, severally, plus costs.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

Aaron M. Levine, #7864
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
(202) 833-8040

Brandon J. Levine, #412130

6

_____

Renee L. Robinson-Meyer, #455375

_____

Steven J. Lewis, #472564

Counsel for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all issues of material facts.

_____

Aaron M. Levine

7



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

NANCY VALE
    Vs.                                     C.A. No.      2007 CA 000081 B
ELI LILLY AND COMPANY

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge JENNIFER M ANDERSON
Date:  January 5, 2007
Initial Conference: 9:30 am, Friday, April 06, 2007
Location:  Courtroom A-50
              515 5th Street N.W.
              WASHINGTON, DC 20001

Caio.doc

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

| NANCY VALE |
|---|

*Plaintiff*

VS.

Civil Action No. [ 0000021-07 ]

| PHARMACIA AND UPJOHN COMPANY |
|---|

*Defendant*

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated in this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Aaron M. Levine |
|---|
Name of Plaintiff's Attorney

| 1320 19th St., NW, Suite 500 |
|---|
Address

| Washington, DC 20036 |
|---|

| (202) 833-8040 |
|---|
Telephone

By _____
Deputy Clerk

Date ___1/5/07___

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 98     **NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-I 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

# EXHIBIT B

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**NANCY VALE,**
**24 Major Hale Drive**
**Framington, MA 01701**

                 **Plaintiff,**

      **vs.**

**ELI LILLY AND COMPANY, et al.,**
**Lilly Corporate Center**
**Indianapolis, IN 46285**

              **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. _____

SUPERIOR COURT NO. 07-0000081

## DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S,
## <u>CONSENT TO REMOVAL</u>

      Defendant Bristol-Myers Squibb Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.

*Sidney G. Leech* ( JLO by permission)
Sidney G. Leech
Goodell, Devries, Leech & Dunn, L.L.P.
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (404) 783-4000
Facsimile: (404) 783-4040

**ATTORNEY FOR BRISTOL-MYERS**
**SQUIBB COMPANY**

136994v1

# EXHIBIT C

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NANCY VALE,**<br>**24 Major Hale Drive**<br>**Framington, MA 01701**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　**vs.**<br><br>**ELI LILLY AND COMPANY, et al.,**<br>**Lilly Corporate Center**<br>**Indianapolis, IN 46285**<br><br>　　　　　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. _____<br>)<br>)　SUPERIOR COURT NO. 07-0000081<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT PHARMACIA AND UPJOHN COMPANY'S
### CONSENT TO REMOVAL

Defendant Pharmacia and Upjohn Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.

*Elizabeth Ewert (JLO - by permission)*
Elizabeth Ewert
Drinker Biddle & Reath, L.L.P.
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

**ATTORNEY FOR PHARMACIA AND**
**UPJOHN COMPANY**

136999v1

# EXHIBIT D

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY VALE,<br>24 Major Hale Drive<br>Framington, MA 01701 | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| **vs.** | )   CIVIL ACTION NO. _____<br>)<br>)   SUPERIOR COURT NO. 07-0000081 |
| ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285 | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## DEFENDANT DART INDUSTRIES, INC.'S
## CONSENT TO REMOVAL

Defendant Dart Industries, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.

*John F. Anderson (JLO- by permission)*

John F. Anderson, DC Bar No. 393764
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

**ATTORNEY FOR DART INDUSTRIES,
INC.**

# EXHIBIT E

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY VALE,                                    )
24 Major Hale Drive                            )
Framington, MA 01701                           )
                                               )
                    Plaintiff,                 )
                                               )    CIVIL ACTION NO. _____
          vs.                                  )
                                               )    SUPERIOR COURT NO. 07-0000081
ELI LILLY AND COMPANY, et al.,                 )
Lilly Corporate Center                         )
Indianapolis, IN 46285                         )
                                               )
                    Defendants.                )
                                               )

### DEFENDANT GLAXOSMITHKLINE'S
### CONSENT TO REMOVAL

Defendant GlaxoSmithKline with full reservation of any and all rights and

defenses, hereby consents to removal of the above-captioned action, which was originally filed

in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.


                                   _Janet K Coleman_
                                   Janet K. Coleman
                                   Whitney & Bogris, LLP
                                   401 Washington Avenue, 12th Floor
                                   Towson, Maryland 21204
                                   Telephone: 410-583-8000
                                   Facsimile: 410-583-8031

                        **ATTORNEYS FOR GLAXOSMITHKLINE**


132487v1

136996v1

# EXHIBIT F

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY VALE,                        )
24 Major Hale Drive                )
Framington, MA 01701               )
                                   )
                   Plaintiff,      )
                                   )    CIVIL ACTION NO. _____
         vs.                       )
                                   )    SUPERIOR COURT NO. 07-0000081
ELI LILLY AND COMPANY, et al.,     )
Lilly Corporate Center             )
Indianapolis, IN 46285             )
                                   )
                   Defendants.     )
                                   )

## DEFENDANT MERCK & COMPANY, INC.'S
## CONSENT TO REMOVAL

Defendant Merck & Company, Inc., with full reservation of any and all rights and

defenses, hereby consents to removal of the above-captioned action, which was originally filed

in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.


*Elizabeth Ewert (JLO- by permission)*
Elizabeth Ewert
Drinker Biddle & Reath, L.L.P.
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

**ATTORNEY FOR MERCK & COMPANY,
INC.**

137040v1

# EXHIBIT G

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE,<br>24 Major Hale Drive<br>Framington, MA 01701 | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285 | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

CIVIL ACTION NO. _____

SUPERIOR COURT NO. 07-0000081

## DEFENDANT ABBOTT LABORATORIES, INC.'S
## CONSENT TO REMOVAL

Defendant Abbott Laboratories, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.

*Jennifer G. Levy (CLO by permission)*

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
Telephone: (202) 879-5211
Facsimile: (202) 879-5200

**ATTORNEY FOR ABBOTT
LABORATORIES, INC.**

137044v1

# EXHIBIT H

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY VALE,<br>24 Major Hale Drive<br>Framington, MA 01701<br><br>     Plaintiff,<br><br>  vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. _____<br>)<br>)  SUPERIOR COURT NO. 07-0000081<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT ELAN PHARMACEUTICALS'
## CONSENT TO REMOVAL

  Defendant Elan Pharmaceuticals, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.

        *Jaime W. Luse (JLO - by permission)*
        Jaime W. Luse
        Tydings and Rosenberg, LLP
        100 East Pratt Street, Suite 2600
        Baltimore, Maryland 21202
        Telephone: (410) 752-9741
        Facsimile: (410) 727-5460

        **ATTORNEY FOR ELAN**
        **PHARMACEUTICAL.**

137041v1

# EXHIBIT I

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY VALE,**<br>**24 Major Hale Drive**<br>**Framington, MA 01701**<br><br>             **Plaintiff,**<br><br>       **vs.**<br><br>**ELI LILLY AND COMPANY, et al.,**<br>**Lilly Corporate Center**<br>**Indianapolis, IN 46285**<br><br>          **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIVIL ACTION NO. _____<br><br>SUPERIOR COURT NO. 07-0000081 |

## DEFENDANT ORTHO-MCNEIL PHARMACEUTICAL, INC.'S
## CONSENT TO REMOVAL

Defendant Ortho-McNeil Pharmaceutical, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.

*Elizabeth Ewert (JLO by permission)*

Elizabeth Ewert
Drinker Biddle & Reath, L.L.P.
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

**ATTORNEY FOR ORTHO-MCNEIL**
**PHARMACEUTICAL, INC.**

136998v1

# EXHIBIT J

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY VALE,
24 Major Hale Drive
Framington, MA 01701

        Plaintiff,

    vs.

ELI LILLY AND COMPANY, et al.,
Lilly Corporate Center
Indianapolis, IN 46285

        Defendants.

CIVIL ACTION NO. _____

SUPERIOR COURT NO. 07-0000081

## DEFENDANT MALLINCKRODT, INC.'S
## CONSENT TO REMOVAL

Defendant Mallinckrodt, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this Court.

Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204
Telephone: 410-583-8000
Facsimile: 410-583-8031

**ATTORNEYS FOR MALLINCKRODT,
INC.**

132487v1

136997v1

# EXHIBIT K

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY VALE,                              )
24 Major Hale Drive                      )
Framington, MA 01701                     )
                                         )
                    Plaintiff,           )
                                         )     CIVIL ACTION NO. _____
          vs.                            )
                                         )     SUPERIOR COURT NO. 07-0000081
ELI LILLY AND COMPANY, et al.,           )
Lilly Corporate Center                   )
Indianapolis, IN 46285                   )
                                         )
                    Defendants.          )
                                         )

## DEFENDANT PREMO PHARMACEUTICALS LABORATORIES, INC.'S CONSENT TO REMOVAL

Defendant Premo Pharmaceuticals Laboratories, Inc., with full reservation of any

and all rights and defenses, hereby consents to removal of the above-captioned action, which was

originally filed in the Superior Court of the District of Columbia (Case No. 07-0000081), to this

Court.

_Aaron M. Bailey_ (JLO-by permission)
Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 346-4183
Facsimile: (202) 346-4444

**ATTORNEY FOR PREMO
PHARMACEUTICALS LABORATORIES,
INC.**

132487v1

137049v1

# EXHIBIT L

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| NANCY VALE<br>24 Major Hale Drive<br>Framington, MA 01701<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>and<br><br>ABBOTT LABORATORIES, INC.<br>100 Abbott Park Road<br>Abbott Park, IL 60064<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P. O. Box 4500<br>Princeton, NJ 08543<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUG COMPANY, INC.<br>w/s/o Sheila AnnMarie Moeller, Esq.<br>Gilbride, Tusa, Last & Spellane, LLC<br>31 Brookside Drive<br>Greenwich, CT 06836<br><br><br>ELAN PHARMACEUTICALS,<br>A successor to CARNRICK<br>LABORATORIES, INC.,<br>w/s/o CT CORPORATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>SUPERIOR COURT NO. 07-0000081<br><br>DEFENDANT ELI LILLY AND<br>COMPANY'S NOTICE OF<br>REMOVAL TO FEDERAL COURT |

136993v1

1025 Vermont Avenue, NW                )
Washington, DC 20005                   )
                                       )
and                                    )
                                       )
GLAXOSMITHKLINE, INC.,                 )
a successor to S.E. Massengill and     )
Burroughs-Wellcome Co.,                )
1500 K Street, NW                      )
Washington, D.C.  20036                )
                                       )
and                                    )
                                       )
MALLINCKRODT, INC.                     )
675 McDonnell Boulevard                )
St. Louis, MO  63042                   )
                                       )
and                                    )
                                       )
MERCK & COMPANY, INC.                  )
601 Pennsylvania Avenue, N.W.          )
North Building, Suite 1200             )
Washington, DC  20004                  )
                                       )
and                                    )
                                       )
ORTHO MCNEIL LABS, INC.                )
A Delaware Corporation                 )
1000 Route 202 South                   )
Raritan, NJ  08869                     )
                                       )
and                                    )
                                       )
PERSON & COVEY, INC.                   )
616 Allen Avenue                       )
Glendale, CA  91221                    )
                                       )
and                                    )
                                       )
PHARMACIA and UPJOHN COMPANY           )
(a/k/a THE UPJOHN COMPANY)             )
100 Route 206 North                    )
Peapack, NJ  07977                     )
w/s/o CT CORPORATION                   )
1025 Vermont Avenue, N.W.              )
Washington, D.C. 20005                 )

|                                        |   |
|----------------------------------------|---|
| **and**                                | ) |
| **PREMO PHARMACEUTICAL**               | ) |
| **LABORATORIES, INC.**                 | ) |
| **w/s/o Corporation Trust Co.**        | ) |
| **820 Bear Tavern Road**               | ) |
| **West Trenton, NJ 08628**             | ) |
|                                        | ) |
| **Defendants.**                        | ) |
|                                        | ) |
|                                        | ) |
|                                        | ) |
|                                        | ) |
|                                        | ) |

## <u>NOTICE OF REMOVAL TO FEDERAL COURT</u>

TO:     THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, CIVIL DIVISION

PLEASE TAKE NOTICE that on the 24th day of January, 2007, Defendant Eli Lilly and Company filed in the United States District Court for the District of Columbia, a Notice of Removal of the above-styled action. A true and accurate copy of such Notice of Removal is attached hereto as Exhibit "1" and is incorporated herein by reference.

Pursuant to 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal has effected the removal of the above-styled action, and the Superior Court of the District of Columbia, Civil Division, should proceed no further unless and until this case is remanded.

Respectfully submitted,

D. Chadwick Coots

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC  20005-2004
Phone:  (202) 783-8400; Fax: (202) 783-4211

3

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550; Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this *24th* day of January, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036

**Attorneys for Plaintiff**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA  91221

**Defendant**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC  20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC  20005-5793

**Attorneys for Abbott Laboratories, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA  22102

**Attorneys for Dart Industries, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD  21202

**Attorneys for Elan Pharmaceuticals**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD  21204

**Attorneys for GlaxoSmithKline, Inc. and**

5

Mallinckrodt, Inc.



_D. Chadwick Coste_
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY