**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NANCY VALE,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   Civil Action No.: 1:07-cv-0179 (RMU) |
| | ]   Next Event: |
| **ELI LILLY AND COMPANY, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff NANCY VALE in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046