## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY VALE                                   *

        Plaintiff                    *

v.                                           *          Civil Action No. 07-CV-0179
                                                        (RMU)
ELI LILLY & COMPANY, et al.                  *

    Defendants                       *

       *     *     *     *     *     *     *     *     *

### <u>NOTICE TO ENTER APPEARANCE</u>

Mr. Clerk:

Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP as attorneys for Defendant Bristol-Myers Squibb Company.

 

                                     /s/
                         Sidney G. Leech (Federal Bar No.: 00018)
                         Malcolm S. Brisker (D.C. Bar No. 472101)
                         Goodell, DeVries, Leech & Dann, LLP
                         One South Street, 20th Floor
                         Baltimore, Maryland 21202
                         410-783-4000
                         *Attorneys for Defendant*
                         *Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th of January, 2007, a copy of the foregoing

Notice to Enter Appearance was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; ***Attorney for Plaintiffs***

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109; ***Attorneys for Defendant Eli Lilly & Company***

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; ***Attorneys for Defendants Pharmacia and Upjohn
Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.***

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; ***Attorneys for Dart Industries, Inc.***

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; ***Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.***

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C.  20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland  21202; *Attorneys for Elan Pharmaceuticals*

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia  22314; *Attorneys for Person & Covey, Inc.*


_____/s/_____
Sidney G. Leech