## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE | * |
| Plaintiff | * |
| v. | *    Case No. 07 CV 0179 (RMU) |
| ELI LILLY & CO., et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ENTRY OF APPEARANCE**

Please enter the appearance of Janet K. Coleman on behalf of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, sued herein as successor to The S.E. Massengill Company.

Respectfully submitted,

 /s/ Janet K. Coleman
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204
(410) 583-8000
**Attorneys for GLAXOSMITHKLINE**