IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Nancy Vale | * |
|     Plaintiff |   |
|   | *  Civil Action No. 07-179 (RMU) |
| v. | * |
| Eli Lilly and Company, et al | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of Mallinckrodt, Inc. in the above captioned matter.

Respectfully submitted,

/s/Janet K. Coleman
_____
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
(410) 583-8000
**Attorneys for Mallinckrodt, Inc.**

1