## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY VALE                                  *
     Plaintiff

                               *

v.                                                   Civil Action No. 07-0179(RMU)

                               *

Eli Lilly and Company, et al

                               *

     Defendants

                               *

*    *    *    *    *    *    *    *    *    *    *    *

## DEFENDANT MALLINCKRODT, INC.'S LCvR 7.1 CERTIFICATE

I, the undersigned counsel of record for Mallinckrodt, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mallinckrodt, Inc. which have any outstanding securities in the hands of the public:

                          Tyco International Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

                          Respectfully submitted,

                          /s/ Janet K. Coleman_____
                          Janet K. Coleman (497902)
                          WHITNEY & BOGRIS, LLP
                          401 Washington Avenue
                          12th Floor
                          Towson, MD  21204
                          (410) 583-8000
                          **Attorneys for Mallinckrodt, Inc.**