UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NANCY VALE,

          Plaintiff,

v.

ELI LILLY AND COMPANY, et al.,

          Defendants.

Civil Action No. 07-cv-0179 (RMU)

---

## RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Premo Pharmaceutical Laboratories, Inc. ("Premo"), by and through its attorneys, Goodwin Procter, LLP, states that Premo has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

          GOODWIN PROCTER LLP

          By: /s/ Aaron M. Bailey
          Aaron M. Bailey, Esq. (Bar # 484262)
          901 New York Avenue, N.W.
          Washington, D.C. 20001
          Telephone: (202) 346-4000
          Facsimile: (202) 346-4444
          Abailey@goodwinprocter.com
          *Attorneys for Defendant Premo*
          *Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana Scharf, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Dscharf@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2007, as follows:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
*Attorneys for Plaintiff*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

AND

David W. Brooks, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker Biddle & Realth LLP
1500 K Street, N.W., Suite 1100
Washington, DC 20005-1209
*Attorneys for Merck & Company, Inc.,*
*Pharmacia and Upjohn Company, and*
*Ortho-McNeil Pharmaceuticals, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Dart Industries, Inc.*

Janet K. Coleman, Esquire
Daniel Whitney, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland  21204
*Attorneys for GlaxoSmithKline, Inc.*

Sean C.E. McDonough, Esquire
David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Jennifer G. Levy
Kirkland & Ellis, LLP
655 15th Street, N.W.
Suite 1200
Washington, DC 20005-5793
*Attorneys for Abbott Laboratories, Inc.*

Gerry H. Tostanoski, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street
Suite 2600
Baltimore, MD 21202
*Attorneys for Elan Pharmaceuticals*

/s/ Aaron M. Bailey
Aaron M. Bailey (Bar # 484262)