## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY VALE,                              )
                                         )
              *Plaintiff,*               )
                                         )      Case No. 1:07CV179(RMU)
       v.                                )
                                         )
ELI LILLY AND COMPANY, *et al.,*         )
                                         )
              *Defendants.*              )

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert  as counsel in this case for

Defendant Ortho-McNeil Pharmaceutical, Inc.

I certify that the above-named counsel are admitted to practice in this Court.

Respectfully submitted,

By:     /s/  Elizabeth Ewert
        Elizabeth Ewert  (#479368)
        DRINKER BIDDLE & REATH LLP
        1500 K Street, N.W., Suite 1100
        Washington, D.C. 20005-1209
        Telephone:  202/842-8800
        Telecopier:  202/842-8465

Dated:  February 1, 2007

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of February, 2007, a copy of the above and foregoing **Defendant Ortho McNeil Pharmaceutical, Inc.'s Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert