IN THE UNITED STATES DISTRICT COURT

NANCY VALE,                          )
                                     )
                Plaintiff,           )
                                     )    Case No. 1:07CV179(RMU)
        v.                           )
                                     )
ELI LILLY AND COMPANY, *et al.*,     )
                                     )
                Defendants.          )

**DEFENDANT ORTHO-MCNEIL PHARMACEUTICAL, INC.'S CERTIFICATE
REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Ortho-McNeil

Pharmaceutical, Inc. ("Ortho-McNeil"), certify that to the best of my knowledge and

belief, Ortho-McNeil has the following parent companies, subsidiaries or affiliates which

have any outstanding securities in the hands of the public:

    –   Johnson & Johnson

This representation is made in order that judges of this Court may determine the

need for recusal.

Respectfully submitted,


By:    ___/s/ Elizabeth Ewert_____
       Elizabeth Ewert (#479368)
       DRINKER BIDDLE & REATH LLP
       1500 K Street, N.W., Suite 1100
       Washington, D.C. 20005-1209
       Telephone: 202/842-8800
       Telecopier: 202/842-8465

Dated:  February 1, 2007

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of February, 2007, a copy of the above

and foregoing **Defendant Ortho McNeil Pharmaceutical, Inc.'s Certificate Required by**

**LCvR 7.1 of the Local Rules of the United States District Court for the District of**

**Columbia** was filed electronically with the Clerk of the Court, using the CM/ECF

system, which sent notification of such filing to all parties and counsel in this case.


/s/ Elizabeth Ewert_____
Elizabeth Ewert