IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE,<br><br>        Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>        Defendant. | CIVIL ACTION No. 1:07-cv-00179-RMU |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: February 9, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Emily J. Laird
Emily J. Laird, DC Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

137600v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 9th day of February, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc. and**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221

**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

137600v1

- 3 -

**Mallinckrodt, Inc.**

          /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**