# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 07-CV-179 (RMU) |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jaime W. Luse and Tydings & Rosenberg LLP as counsel in this case for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

I certify that the above-named attorney is admitted to practice in this Court.

Respectfully submitted,

_____/s/_____
John B. Isbister, Bar No. 277418
Jaime W. Luse, Bar No. 501944
Tydings & Rosenberg LLP
 100 East Pratt Street, 26th Floor
 Baltimore, Maryland 21202
 (410) 752-9700

*Attorneys for Elan Pharmaceuticals, Inc.*
*f/k/a Carnrick Laboratories, Inc.*

#608616v.1