IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No.: 07-CV-179 (RMU) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, et al. | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

**DEFENDANT ELAN PHARMACEUTICALS, INC.'S**
**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**

  I, the undersigned, counsel of record for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc. ("Elan"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Elan which have any outstanding securities in the hands of the public:

      Elan Pharmaceuticals, Inc.

  This representation is made in order that judges of this Court may determine the need for recusal.

               Respectfully submitted,

               _____/s/_____
               Jaime W. Luse, Bar No. 501944
               Tydings & Rosenberg LLP
               100 East Pratt Street, 26th Floor
               Baltimore, Maryland 21202
               (410) 752-9700

               *Attorneys for Elan Pharmaceuticals, Inc. f/k/a*
               *Carnrick Laboratories, Inc.*