## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY et al. )<br>)<br>Defendants. )<br>) | Case No.: 1:07-CV-00179 (RMU) |

## LCvR 7.1 CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for defendant Abbott Laboratories, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Abbott Laboratories which have any outstanding securities in the hands of the public:

> Knoll Pharmaceuticals (India) Limited
> Abbott Laboratories (Pakistan) Limited
> Knoll Pharmaceuticals (India) Limited
> Hokuriku Seiyaku Company Limited

These representations are made, pursuant to LCvR 7.1, in order that judges of this court may determine the need for recusal.

Dated:  March 5, 2007                                Respectfully submitted,

/s/Jennifer G. Levy_____
Jennifer Gardner Levy (D.C. Bar No. 461921)
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C.  20005
Tel.: (202) 879-5000
Fax: (202) 879-5200

*Attorney for Abbott Laboratories*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of March, 2007, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

      /s/Jennifer G. Levy_____
      Attorney for Defendant Abbott Laboratories