# IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY VALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:07-CV-00179 (RMU) |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jennifer G. Levy of KIRKLAND & ELLIS LLP for Defendant Abbott Laboratories.

Dated:  March 5, 2007                    Respectfully submitted,


/s/Jennifer G. Levy_____
Jennifer Gardner Levy (D.C. Bar No. 461921)
KIRKLAND & ELLIS
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C.  20005
Tel.: (202) 879-5000
Fax: (202) 879-5200

*Attorney for Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2007, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/Jennifer G. Levy_____
Attorney for Defendant Abbott Laboratories