UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE,<br><br>      Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>      Defendants. | Civil Action No. 1: 07-CV-00179-RMU |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

The Court will please enter the appearance of **Sarah S. Keast, Esq.** (# 493632) as counsel for the Defendant Premo Pharmaceutical Laboratories, Inc., in the above-captioned matter. I certify that I am admitted to practice in this court. In addition, please withdraw the appearance of **Aaron M. Bailey, Esq.** as attorney for the Defendant, Premo Pharmaceutical Laboratories, Inc.

Respectfully submitted,

       /s/ Sarah S. Keast
Sarah S. Keast (#493632)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000
(202) 346-4444 (fax)
skeast@goodwinprocter.com
*Attorneys for Defendant,*
*Premo Pharmaceutical Laboratories, Inc.*

<u>Of Counsel</u>:
Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
(212) 355-3333 (fax)


Dated:  May 16, 2007

LIBW/1628571.1

-2-