**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY VALE | * |
| | * |
|     Plaintiff, | * |
| v. | Civil Action No. 07-CV-0179 (RMU) |
| | * |
| Eli Lilly and Company, et al | * |
|     Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL LCvR 7.1 CERTIFICATE
OF MALLINCKRODT, INC.**

I, the undersigned counsel of record for Mallinckrodt, Inc., provide this supplemental disclosure, in which I certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mallinckrodt, Inc. which have any outstanding securities in the hands of the public:

Covidien, Ltd.

These representations are made in order that the judges of this court may determine the need for recusal.

                                                                                   /s/  Janet Coleman
Janet K. Coleman (Bar #497902)
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, Maryland 21204
(410) 583-8000
**Attorneys for Mallinckrodt, Inc.**