UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY VALE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:07cv0179 |
| | ) | |
| v. | ) | Judge Ricardo M. Urbina |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION DISMISSING DART INDUSTRIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiff Nancy Vale and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

STIPULATED AND AGREED TO:

_____
Aaron M. Levine
D.C. Bar # 7864
Attorneys for Plaintiff
Aaron M. Levine & Associates
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
(202) 833-8040

_____
John F. Anderson
D.C. Bar # 393764
Attorneys for Defendant
Dart Industries, Inc.
Troutman Sanders LLP
1660 International Dr., Suite 600
McLean, Virginia 22102
(703) 734-4356