IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, *et al.*, )<br>)<br>*Defendants.* ) | Case No. 1:07CV179(RMU) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nancy Vale ("Plaintiff"), and Defendant Pharmacia & Upjohn Company LLC (hereinafter "Upjohn") have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn. Further, Plaintiff and Defendant Upjohn have agreed that Plaintiff and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | DRINKER BIDDLE & REATH, LLP |
|---|---|
| By: /s/ Aaron M. Levine | By: /s/ Elizabeth Ewert |
| Aaron M. Levine (#7864) | Elizabeth Ewert (#479368) |
| 1320 - 19th Street, N.W., Suite 500 | 1500 K Street, N.W., Suite 1100 |
| Washington, D.C. 20036 | Washington, D.C. 20005-1209 |
| Telephone: 202/833-8040 | Telephone: 202/842-8800 |
| *Counsel for Plaintiff* | *Counsel for Defendant Pharmacia & Upjohn Company LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December, 2007, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.