THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE, | ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-00179-RWR-AK |
| vs. | ) |
| ELI LILLY AND COMPANY, et al. | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that counsel for defendant Eli Lilly and Company ("Lilly") hereby withdraw the appearance of Emily Laird. Ms. Laird is in the process of relocating to Seattle, Washington and has therefore left Shook, Hardy & Bacon, LLP. The law firm of Shook, Hardy & Bacon, LLP, and all other attorneys from that firm who have been admitted *pro hac vice* or otherwise entered their appearances in this case, will remain as counsel for Lilly in this matter. No trial date has been set in this matter and Lilly has consented to the withdrawal.

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: s/Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC 20005
Tel: (202) 783-8400
Fax: (202) 783-4211

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

145459v1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 4th day of February 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**
Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

**Attorneys for Bristol-Myers Squibb Co.**

Janet K. Coleman
Whitney & Boris LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc.**
**Attorneys for Mallinckrodt, Inc.**
Sarah S. Keast
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, DC 20001

**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Jennifer Gardner Levy
Kirkland & Ellis
655 15th Street NW
Washington, D.C. 20005-5793

**Attorneys for Abbott Laboratories, Inc.**
Jamie Walker Luse
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

Elizabeth Ewert
Drinker Biddle LLP
1500 K Street, NW
Washington, DC 20005

**Attorneys for Ortho McNeil Labs, Inc.**
**Attorneys for Merck & Company, Inc.**

      s/Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**