

February 4, 2008

**Michelle R. Mangrum**

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.783.4211 Fax
mmangrum@shb.com

*Via E-Filing*

Magistrate Judge Alan Kay
U.S. District for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:      Vale v. Eli Lilly and Company
               Civil Action No.: 07-cv-179 (RMU)

Dear Judge Kay,

In response to this Court's February 1, 2008 ruling regarding Eli Lilly and Company's discovery responses in the above-referenced matter, we have begun preparing supplemental discovery responses to the discovery requests at issue during our February 1, 2008 telephone conference. When we contacted our client this morning with regard to those responses we learned that Michael Harrington, the Deputy General Counsel who reviews and verifies Lilly's discovery responses in the DES litigation is out of the office and will not return until next Wednesday, February 13, 2008.

I stated on the February 1, 2008 call that Lilly would be able to provide supplemental discovery responses to plaintiffs' counsel by Friday, February 8, 2008. At that time, however, I was not aware that Mr. Harrington was out of the office until February 13, 2008. Ms. Ericka Kleiman of my office spoke with Mr. Cooper and asked that Lilly be given until Friday, February 15, 2008 to provide its supplemental responses. This additional week will allow Mr. Harrington to review and approve Lilly's supplemental pleadings and sign the interrogatory responses. Mr. Cooper told Ms. Kleiman that, while he would not consent to Lilly's request, neither would he oppose Lilly's request to the Court.

Accordingly, Lilly respectfully requests that it be given until Friday, February 15, 2008 to provide Lilly's supplemental discovery responses to plaintiffs' counsel.

Respectfully submitted,

/s/ Michelle R. Mangrum
Michelle R. Mangrum

    cc:      All Counsel of Record via ECF Notice

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

145463v2