IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY VALE,** | ) )  ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-00179-RMU ) |
| vs. | ) ) ) |
| **ELI LILLY AND COMPANY, et al.,** | ) ) |
| Defendants. | ) ) |

### CONSENT MOTION FOR ADMISSION PRO HAC VICE

COMES NOW defendant Eli Lilly and Company ("Lilly"), through its designated counsel, and pursuant to Local Civil Rule 83.2(d) hereby moves, with the consent of plaintiff's counsel, the admission *pro hac vice* of the following counsel as an attorney for Lilly in the above-captioned case:

> Michelle M. Fujimoto, Esq.
> Shook, Hardy & Bacon, LLP
> 5 Park Plaza, Suite 1600
> Irvine, CA 92614
> Telephone: (949) 475-1500
> Facsimile: (949) 475-0016
> mfujimoto@shb.com

Ms. Fujimoto is a member in good standing of the Bar of the State of California and of the United States District Court for the Central District of California. Attached hereto as Exhibit 1 is Ms. Fujimoto's declaration in support of her *pro hac vice* admission.

WHEREFORE, Lilly respectfully requests that the Court issue the proposed order submitted herewith admitting Michelle M. Fujimoto *pro hac vice* as counsel for defendant Eli Lilly and Company.

Respectfully submitted,

/s/ John Chadwick Coots
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW, Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

**LOCAL RULE 7(m) CERTIFICATION**

Pursuant to Local Rule 7(m), defendant Eli Lilly and Company certifies that, through its counsel, it conferred with plaintiff's counsel to determine whether plaintiff opposes the relief requested in this motion. Plaintiff's counsel indicated that plaintiff consents to the granting of this motion.

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

146252v1

# CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 11th day of March, 2008, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine<br>Aaron M. Levine & Associates<br>1320 19th Street, N.W., Suite 500<br>Washington, D.C.  20036 | Sarah S. Keast<br>Goodwin & Proctor, LLP<br>901 New York Avenue, NW, Suite 900<br>Washington, D.C.  20001 |
| **Attorneys for Plaintiff** | **Attorneys for Premo Pharmaceutical Laboratories, Inc.** |
| Sidney G. Leech<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD  21202 | Jennifer G. Levy<br>Kirkland & Ellis, LLP<br>655 15th Street NW, Suite 1200<br>Washington, DC  20005-5793 |
| **Attorneys for Bristol Myers Squibb Company** | **Attorneys for Abbott Laboratories, Inc.** |
| Janet K. Coleman<br>Whitney & Bogris, LLP<br>401 Washington Avenue, 12th Floor<br>Towson, MD  21204 | Jaime Walker Luse<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street, Suite 2600<br>Baltimore, MD  21202 |
| **Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.** | **Attorneys for Elan Pharmaceuticals** |

              /s/ John Chadwick Coots
            **ATTORNEY FOR DEFENDANT**
            **ELI LILLY AND COMPANY**

146252v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-00179-RMU <br> ) |
| vs. | ) <br> ) |
| ELI LILLY AND COMPANY, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

### DECLARATION OF MICHELLE M. FUJIMOTO

In support of defendant Eli Lilly and Company's ("Lilly") Consent Motion for Admission Pro Hac Vice, I, Michelle M. Fujimoto, declare the following:

1. My current office address and telephone number is:

    Michelle M. Fujimoto, Esq.
    Shook, Hardy & Bacon, LLP
    5 Park Plaza, Suite 1600
    Irvine, CA 92614
    Telephone: (949) 475-1500
    Facsimile: (949) 475-0016
    mfujimoto@shb.com

2. I am currently a member in good standing of the Bar of the State of California and of the United States District Court for the Central District of California.

3. I hereby certify that there are no grievances pending against me in any jurisdiction and that I have never been reprimanded, suspended, placed on inactive status, or disbarred.

4. In the last two years, I have not appeared *pro hac vice* before this Court.

146259v1

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 7TH day of March, 2008, at Irvine, California.

Respectfully,

Michelle M. Fujimoto
Shook, Hardy & Bacon L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

146259v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY VALE,** | ) |
| Plaintiff, | ) Civil Action No. **1:07-cv-00179-RMU** |
| vs. | ) |
| **ELI LILLY AND COMPANY, et al.,** | ) |
| **Defendants**. | ) |

## ORDER GRANTING PRO HAC VICE ADMISSION OF
## MICHELLE M. FUJIMOTO

UPON CONSIDERATION of defendant Eli Lilly and Company's Consent Motion for Admission Pro Hac Vice,

IT IS ORDERED that Michelle M. Fujimoto is admitted to practice *pro hac vice*, in the above-captioned case, before the United States District Court for the District of Columbia, on behalf of Eli Lilly and Company.

Dated: _____, 2008

_____
United States District Judge

146258v1