IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NANCY VALE,** | * | |
| | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | |
| | * | Case Action No. 07-CV-0179 (RMU) |
| **ELI LILLY AND COMPANY, et al.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT ELAN PHARMACEUTICALS, INC.'S
RULE 26(a)(2) EXPERT DISCLOSURES**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Joint Rule Report 16.3, and the Scheduling Order, Defendant Elan Pharmaceuticals, Inc. ("Elan"), by and through its attorneys, Jaime W. Luse and Tydings & Rosenberg LLP, hereby submits the following expert disclosure statement.

Elan hereby adopts the expert designations and expert statements as disclosed by its co-defendants in this case to the extent that these experts' opinions are not in conflict with Elan's position in this matter.

Elan also reserves the right to call:

a. Any expert identified by the Plaintiff;

b. Any expert necessary to present rebuttal testimony; and

c. Any other physicians, nurses, and/or health care providers who have treated, examined or evaluated the Plaintiff.

#841760v.1

2

This disclosure is not a waiver of Elan's rights to object to the relevance of the proposed testimony of certain of Plaintiff's designated experts. Elan also reserves the right to supplement this disclosure and to name additional expert witnesses as circumstances dictate, upon any further discovery or to the extent it becomes necessary.

Respectfully submitted,

TYDINGS & ROSENBERG LLP

/s/ Jaime W. Luse
Jaime W. Luse, DC Bar #501944
 Tydings & Rosenberg LLP
 100 East Pratt Street, Suite 2600
 Baltimore, Maryland 21202
 (410) 752-9700

*Attorneys for Elan Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th of April 2008, a copy of Elan Pharmaceutical, Inc.'s 26(a)(2) Statement was electronically filed to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th St., N.W., Suite 500
Washington, D.C.  20036

**Attorney for Plaintiffs**

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook Hardy & Bacon, LLP
600 14th St., N.W., Suite 800
Washington, D.C.  2005-2004

David W. Brooks, Esquire
Shook Haredy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri  64109

**Attorneys for Defendant Eli Lilly & Company**

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Ave., 12th Floor
Towson, MD  21204

**Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.**

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C.  20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Craig C. Reilly, Esquire
Richards, McGettigan, Reilly & West, P.C.
1725 Duke Street, Suite 600
Alexandria, VA  22314

**Attorneys for Dart Industries**

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C.  20005-1209

**Attorneys for Defendants Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.**

Sarah A. Keast, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C.  20001

**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

/s/ Jaime L. Luse
Jaime L. Luse