IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ELI LILLY AND COMPANY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-cv-00179-RMU-AK |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

COMES NOW defendant Eli Lilly and Company ("Lilly"), through its designated counsel, and respectfully requests that this Court enter an Order amending the August 27, 2007 minute entry setting pretrial deadlines in this case, and add a period of thirty days to the current order as set forth below. In support of its motion, Lilly states as follows:

1. This is a product liability action in which plaintiff claims she sustained certain injuries as a result of her alleged *in utero* exposure to DES.

2. In addition to allegations of reproductive tract abnormalities, plaintiff also claims that *in utero* exposure to DES caused her to develop breast cancer.

3. This is the first DES case in which the parties have begun to conduct discovery into the issue of whether *in utero* exposure to DES causes breast cancer.

4. The parties have requested, but thus far been unable to obtain, tissue pathology slides from plaintiff's breast lesion. Both plaintiff's and Lilly's experts have asked to review plaintiffs' pathology slides before they are deposed.

5. Additionally, the medical facility where plaintiff allegedly received infertility treatments, Boston IVF Clinic, has informed plaintiff's counsel that they have been unable to

1

147896v2

locate any medical records or reports concerning plaintiff's treatment. Boston IVF is continuing to search for the records. Both plaintiff's and Lilly's experts would like to review these records before they are deposed.

6.    Plaintiff served Lilly with her Rule 26(a)(2) statement on February 29, 2008, naming Dr. John J. Shane as her expert on the issue of plaintiff's breast cancer. However, when Lilly sought a date from plaintiff's counsel for Dr. Shane's deposition, plaintiffs' counsel informed Lilly's counsel that plaintiff may not be using Dr. Shane in this case, but rather planned to substitute Dr. Arnold Schwartz in place of Dr. Shane. Plaintiff has not yet made a formal substitution, served a Rule 26(a)(2) expert disclosure regarding Dr. Schwartz, or offered either Dr. Shane or Dr. Schwartz for deposition.

7.    Plaintiff's counsel has consented to the proposed deadlines set forth below and to the granting of this motion. Lilly's counsel also requested consent from counsel for all co-defendants. Counsel for co-defendants Bristol-Myers Squibb Co., Elan Pharmaceuticals, GlaxoSmithKline and Mallinckrodt, Inc. also consented. At the time of filing this motion Lilly's counsel had not received any opposition from counsel for the remaining co-defendant, Abbott Laboratories, Inc.

8.    For these reasons, Lilly respectfully suggests that good cause for an amendment of the scheduling order has been shown and that the interests of justice and judicial economy would be best served by amending the scheduling order in this case as follows:

|  | Present Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Supplemental Expert Disclosure | N/A | 05/23/08 |
| Defendant's Expert Disclosures | 05/13/08[1] | 06/13/08 |
| Mediation Conference | 08/05/08 | 09/05/08 |
| Close of Discovery | 06/09/08 | 07/09/08 |
| Interim Status Conference | 06/12/08 | 07/12/08 |
| Deadline for Dispositive Motions | 07/09/08 | 08/09/08 |
| Oppositions to Dispositive Motions | 08/08/08 | 09/08/08 |
| Replies in Support of Dispositive Motions | 08/22/08 | 09/22/08 |

9.   A proposed amended scheduling order is attached hereto.

10.   No previous amendments of the scheduling order have been requested.

WHEREFORE, Lilly respectfully requests that the Court enter the attached proposed amended scheduling order and grant such other relief as the Court deems just and proper.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P

Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW, Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

---

[1]   By prior agreement between plaintiff and Lilly.

147896v2

## CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 9th day of May, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 15th Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Jaime Walker Luse
John Bucher Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

         Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

4

147896v2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY VALE,** | ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-00179-RMU-AK |
| vs. | ) |
| **ELI LILLY AND COMPANY, et al.,** | ) |
| Defendants. | ) |

## AMENDED SCHEDULING ORDER

This matter came before the Court upon defendant Eli Lilly and Company's ("Lilly") Consent Motion to Amend Scheduling Order. Upon consideration of Lilly's motion and the record herein, the Court finds that Lilly has shown good cause to amend the scheduling order and it is hereby,

**ORDERED** that the parties will comply with the following amended schedule:

| Event | Deadline |
|---|---|
| Plaintiff's Supplemental Expert Disclosure | 05/23/08 |
| Defendant's Expert Disclosures | 06/13/08 |
| Mediation Conference | 09/05/08 |
| Close of Discovery | 07/09/08 |
| Interim Status Conference | 07/12/08 |
| Deadline for Dispositive Motions | 08/09/08 |
| Oppositions to Dispositive Motions | 09/08/08 |
| Replies in Support of Dispositive Motions | 09/22/08 |

Dated: _____, 2008      _____
Honorable Alan Kay
United States Magistrate Judge

147907v1