UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY VALE                            *

      Plaintiff                    *

v.                                    *       Civil Action No. 07-CV-0179
                                                              (RMU)

ELI LILLY & COMPANY, et al.           *

      Defendants                   *

   *   *   *   *   *   *   *   *   *

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through their counsel, Aaron M. Levine & Associates, P.A., and the Defendant, Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement agreement in the above-captioned case. These parties agree to the dismissal "with prejudice" of the above-captioned case.

| | |
|---|---|
| Aaron M. Levine | Sidney G. Leech |
| Aaron M. Levine & Associates, P.A. | D.C. Bar No.: 359071 |
| 1320 19th Street, N.W., Suite 500 | Goodell, DeVries, Leech & Dann, LLP |
| Washington, D.C. 20036 | Baltimore, Maryland 21202 |
| 202-833-8040 | 410-783-4000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| | *Bristol-Myers Squibb Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th of May, 2008, a copy of the foregoing Praecipe of Dismissal With Prejudice as to Bristol-Myers Squibb Company was electronically filed and mailed via first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendants Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.*

Craig C. Reilly, Esquire
111 Oronoco Street
Alexandria, VA 22314; *Attorneys for Dart Industries*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; *Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.*

Sarah A. Keast, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202; *Attorneys for Elan Pharmaceuticals*

_____
Sidney G. Leech