# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY VALE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY et al. )<br>)<br>Defendants. )<br>) | Case No.: 1:07-CV-00179 (RMU) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the Clerk of said Court will please note that Plaintiff has voluntarily dismissed all claims against Abbott Laboratories in the above-referenced action with prejudice.

Date: May 29, 2008                           Respectfully Submitted,

                                             _____s/Aaron Levine/_____
                                             Aaron Levine
                                             D.C. Bar No: 7864
                                             1320 19th Street, N.W.
                                             Suite 500
                                             Washington, D.C. 20036
                                             202-833-8040

                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2008, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

_____/Jennifer G. Levy/_____
Attorney for Defendant Abbott Laboratories