UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY VALE, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 7-0179(RMU) |
| Eli Lilly and Company, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL OF MALLINCKRODT, INC.**

Plaintiff Nancy Vale and Mallinckrodt, Inc. ("Mallinckrodt") one of the defendants, by their respective undersigned counsel, hereby stipulate that the Complaint filed by Nancy Vale against Mallinckrodt is dismissed with prejudice as to Mallinckrodt only and without costs to either party.

/s/Janet K. Coleman
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Towson, Maryland 21204

**Attorneys for Mallinckrodt, Inc.**

/s/Steve J. Lewis  (by permission)
Steven J. Lewis (472564)
Aaron M. Levine & Associates
1320 19th Street., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**