IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY VALE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 07-cv-179 (RMU) |
| | ) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Superior Court Rules of Civil Procedure, it is hereby stipulated by the undersigned the attorneys of record in the above-captioned action that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that any and all claims asserted by Plaintiff Nancy Vale in the above-captioned action are dismissed as to Defendant Élan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc., with prejudice and without costs to either party as against the other.

Dated: Washington, D.C.
       May 12, 2008

_____
Aaron M. Levine, D.C. Bar No. 7864
Brandon J. Levine, D.C. Bar No. 41230
Renee L. Robinson-Meyer, D.C. Bar No. 455375
Steve Lewis, D.C. Bar No. 472564
Aaron M. Levine & Associates
1320 Nineteenth Street, N.W. – Fifth Floor
Washington, D.C. 20036

Counsel for Plaintiff

*[signature: Jaime W. Luse]*
Jamie Walker Luse, D.C. Bar No. 501944
Tydings & Rosenberg LLP
100 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7900

Counsel for Defendant Élan Pharmaceuticals, Inc.,
f/k/a Carnrick Laboratories, Inc.

So Ordered:

Dated: _____, 2008

_____
United States District Court Judge

274867