CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NANCY VALE )
)
)
)
      Plaintiff )
)
  v. )    Civil Case Number 07-0179 (RCL)
)
)
)
ELI LILLY AND COMPANY )    Category   B
)
)
      Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 21, 2008 from Judge Ricardo M. Urbina to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case transferred by consent.)

                              JUDGE ELLEN S. HUVELLE
                              Chair, Calendar and Case
                              Management Committee

cc:    Judge Urbina & Courtroom Deputy
        Chief Judge Lamberth & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk