UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NANCY VALE**                          *

    **Plaintiff**                         *

                Case No. 07-00179(RCL)

                                                             *

**v.**

               *

**ABBOTT LABORATORIES, et. al.**

               *

    **Defendants**

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE OF GLAXOSMITHKLINE

  Plaintiff Nancy Vale and Defendant GlaxoSmithKline, sued as successor to S.E. Massengill and Burroughs Wellcome, by their respective undersigned counsel hereby stipulate that the Complaint filed by Nancy Vale against GlaxoSmithKline is dismissed with prejudice as to this defendant only, and without cost to either party.


 /s/Janet K. Coleman          /s/ Aaron M. Levine/by permission
Janet K. Coleman (497902)       Aaron M. Levine (7864)
Whitney & Bogris, LLP         Aaron M. Levine & Associates
401 Washington Avenue        1320 19th Street, N.W.
12th Floor              Suite 500
Towson, Maryland 21204        Washington, D.C. 20036
(410) 583-8000            (202) 833-8040

**Attorneys for GlaxoSmithKline**      **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2008, a copy of the Stipulation of Dismissal with prejudice of GlaxosmithKline was e-filed with the Court which sent notice electronically to the following counsel:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorney for Plaintiff**

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Judith L. O'Grady, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Michelle M. Fujimoto, Esquire
Shook Hardy & Bacon, LLP
5 Park Plaza
Suite 1600
Irvine, CA 92614
**Attorneys for Eli Lilly**

Jaime W. Luse, Esquire
John Bucher Isbister, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

:

                                                                             /s/Janet Coleman
                                                                               Janet K. Coleman